UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAYTON OWEN,

        Plaintiff,

v.

DIAMOND B CONSTRUCTORS, INC.,

        Defendant.

C17-1566-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Declaration of Sheila Guzman in Support of Defendant ASAP Drug Solutions' Motion to Dismiss is treated as timely filed. The parties' Stipulated Motion for Extension of Time for ASAP Drug Solutions to File Supporting Declaration, docket no. 8, is DENIED as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2017.

                                                   William M. McCool
                                                 Clerk

                                                 s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1