The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAYTON OWEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIAMOND B. CONSTRUCTORS, INC., BP AMERICA, INC., INTEGRITY SAFETY SERVICES INC., ASAP DRUG SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01566<br><br>**ORDER OF DISMISSAL OF INTEGRITY SAFETY SERVICES, INC., WITH PREJUDICE** |

## **STIPULATION**

Based upon the Plaintiff's voluntary Dismissal, as evidenced by the parties' Stipulated Dismissal, the Court hereby orders that INTEGRITY SAFETY SERVICES, INC., should be dismissed with prejudice and without fees or costs to any party.

///

///

///

ORDER OF DISMISSAL OF INTEGRITY
SAFETY SERVICES, INC., WITH PREJUDICE - 1

DATED this 15th day of November, 2017.

LANDERHOLM, P.S.

/s/ Bradley W. Andersen
BRADLEY W. ANDERSEN, WSBA #20640
Of Attorneys for Defendant Integrity Safety Services Inc.

*/s/ Christopher J. Stockwell*
CHRISTOPHER J. STOCKWELL, WSBA # 50001
Of Attorneys for Plaintiff Clayton Owen

## **ORDER**

Pursuant to the stipulation of plaintiff Clayton Owen and defendant Integrity Safety Services, Inc. ("Integrity"), it is hereby ORDERED that plaintiff's claims against Integrity and any actual or potential counterclaims alleged herein are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own costs and fees.

DATED this 21st day of November, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

LANDERHOLM, P.S.

_____
BRADLEY W. ANDERSEN, WSBA #20640
805 Broadway Street, Suite 1000
Vancouver, WA 98660
Phone: (360) 696-3312
E-mail: brad.andersen@landerholm.com
Of Attorneys for Defendant